IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

```
CLERK'S OFFICE U.S. DIST. COURT
        AT ROANOKE, VA
             FILED

         MAY 2 4 2005

     JOHN F. CORCORAN, CLERK
BY:
             DEPUTY CLERK
```

| | | |
|---|---|---|
| WILLIAM T. ENG, | ) | Civil Action No. 7:02CV00134 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| NORFOLK SOUTHERN CORP., | ) | |
| | ) | By: James C. Turk |
| Defendant. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it hereby is

ORDERED

that defendant's Motion for Summary Judgment hereby is **GRANTED** and this case is **STRICKEN** from the active docket of the Court.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER:     This _24th_ day of May, 2005.

/s/ James C. Turk
Senior United States District Judge

13